UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Inofin Incorporated and Inofin Incorporated        Case Number: 11-11010        Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#3 Motion by Petitioning Creditors David Holway, Kelly Holway for the Appointment of an Interim Chapter 7 Trustee
#15 Statement in Support of Motion to appoint a Trustee by Raymond C. Green, Inc. (Response due 2/15/11)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
X____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The motion to appoint an interim trustee is moot as the court entered an order for relief on the chapter 7 involuntary petition based upon a letter read into the record from Holland & Knight, former counsel for the alleged debtor, dated February 11, 2011, in which it represented that the alleged debtor consents to the entry of an order for relief.

IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                   /s/ Joan N. Feeney
                                                                                Dated: 02/16/2011
Courtroom Deputy                                   Joan N. Feeney, U.S. Bankruptcy Judge